UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**Jigishaben Sidhpura,**

      **Plaintiff,**           Case No.: 5:25-cv-179-JSM-PRL

**v.**

**Atmaram, Inc. d/b/a Dairy Queen**
**and Samir Malek,**
**Individually,**

      **Defendants.**
_____/

NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

___    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: April 24, 2025

Respectfully submitted,

                              **FLORIN | GRAY**

                              _s/ Daniel Havican_
                              **DANIEL HAVICAN, ESQUIRE**
                              Florida Bar No.: 1025837
                              Primary: dhavican@floringray.com

Secondary: debbie@floringray.com
**TROY LONGMAN, ESQUIRE**
Florida Bar No.: 1031921
tlongman@floringray.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942
Trial Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2025, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Counsel of record.

s/ *Daniel Havican*
Attorney for Plaintiff